| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>RAGGI, REENA | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, JUDICIAL ADVISORY BOARD | GEORGE MASON SCHOOL OF LAW, CENTER FOR LAW AND ECONOMICS |
| 2. MEMBER, PARISH COUNCIL | CHURCH OF THE ASSUMPTION, BROOKLYN NEW YORK |
| 3. TRUSTEE | WILLIAM NELSON CROMWELL FOUNDATION |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Raggi, Reena

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | NEW YORK UNIVERSITY LAW SCHOOL - SALARY | $25,830.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK STATE BAR ASSOCIATION | 05/01/2009-05/03/2009 | COOPERSTOWN, NEW YORK | PROFESSIONAL MEETING | HOTEL AMD MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CITIBANK PREFERRED MONEY MARKET ACCOUNT(MMP) | A | Interest | J | T | | | | | |
| 2. CITIBANK SAVINGS ACCOUNT | | | | | Closed | 01/30/09 | | | |
| 3. CITIBANK CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 4. CITI NEW YORK TAX FREE RESERVE MMF - R | A | Interest | M | T | | | | | |
| 5. CITI NEW YORK TAX FREE RESERVE MMF - ⌐ | A | Interest | | | Closed | 05/18/09 | | | |
| 6. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.1 - R | | | | | | | | | |
| 7. -FEDERAL FARM CREDIT BANK CONS BONDS | D | Interest | | | Redeemed | 04/06/09 | N | | |
| 8. -U.S. TREASURY NOTES SER R 2011 DTD 12/31/2006 | E | Interest | O | T | | | | | |
| 9. -NEW YORK ST URBAN DEV CORP REV RFDG | D | Interest | M | T | | | | | |
| 10. -CORPORATE BOND - GENERAL ELEC CAP CORP DTD-3/06/2008 | C | Interest | L | T | | | | | |
| 11. -NEW YORK CITY G/O SER I DD 04/01/04 F/C 8/1/04 | C | Interest | M | T | | | | | |
| 12. -NEW YORK N Y GENL OBLIG BDS-G-B/E DD 01/03/2008 | C | Interest | L | T | | | | | |
| 13. -CERTIFICATE OF DEPOSIT | B | Interest | L | T | | | | | |
| 14. -NEW YORK CITY G/O SER M 224/28/05 F/C 10/1/05 | C | Interest | M | T | Buy | 03/20/09 | M | | |
| 15. -NEW YORK ST DORM AUTH ST PERS INCOME TAX REV ED-A-B/E | C | Interest | M | T | Buy | 05/20/09 | M | | |
| 16. - NY ST THRUWY AUTH ST PERS INCM TX REV BDS | C | Interest | M | T | Buy | 05/26/09 | M | | |
| 17. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.2 - ⌐ | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -NY STATE DORM AUTH REVS ST TAX EXEMPT OID | A | Interest | | | Redeemed | 05/15/09 | K | C | |
| 19. GREENWICH ST.EMPLOYEES FUND | A | Int./Div. | J | U | | | | | |
| 20. CITI SMITH BARNEY CGM IRA CUST-R | | | | | | | | | |
| 21. -GENERAL ELECTRIC CAPITAL CORP CORPORATE BONDS | D | Interest | M | T | | | | | |
| 22. -GENERAL ELECTRIC CAPITAL CORP CORPORATE BONDS | D | Interest | M | T | | | | | |
| 23. -COCA COLA ENETRPRISE INC NOTES-ZERO CPN CORPORATE BONDS | C | Interest | M | T | | | | | |
| 24. - GOVERNMENT BONDS | C | Interest | | | Sold | 03/11/09 | L | | |
| 25. -BERKSHIRE HATHAWAY INC DTD 04/29/04 CORPORATE BONDS | C | Interest | M | T | Buy | 03/17/09 | M | | |
| 26. CHARLES SCHWAB & CO INC CUST IRA ROLLOVER | C | Interest | L | T | | | | | |
| 27. VANGUARD NEW YORK TAX-EXEMPT MMF | B | Interest | | | Sold | 07/17/09 | O | | |
| 28. VANGUARD INTER-TERM TAX EXEMPT ADM BOND FUND | C | Interest | | | Sold | 07/17/09 | M | B | |
| 29. VANGUARD TOTAL STOCK MARKET INDEX BOND FUND ADM | A | Dividend | | | Sold | 07/17/09 | L | | |
| 30. THE VANGUARD GROUP IRA ROLLOVER - R | | | | | | | | | |
| 31. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | N | T | Merged (with line 33) | 07/17/09 | N | | |
| 32. -VANGUARD TOTAL BOND MARKET INDEX FUND | C | Dividend | M | T | Merged (with line 33) | 07/17/09 | M | | |
| 33. MORGAN STANLEY SMITH BARNEY IRA ROLLOVER ACCOUNT | | | | | | | | | |
| 34. -MORGAN STANLEY BANK N.A. | | Interest | J | T | Open | 07/17/09 | N | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -ISHARES BARCLAYS 1-3 YEARS CRED SHORT TERM BOND FUND | A | Dividend | L | T | Buy | 07/23/09 | L | | |
| 36. -VANGUARD TOTAL BOND MARKET | A | Dividend | L | T | Buy | 07/23/09 | L | | |
| 37. -CALVERT SHORT DURATION INC A MUTUAL FUNDS | A | Dividend | L | T | Buy | 07/23/09 | L | | |
| 38. -DELAWARE LTD-TERM DIVERS INC A MUTUAL FUNDS | A | Dividend | K | T | Buy | 07/23/09 | K | | |
| 39. -PRIMCO TOTAL RETURN A MUTUAL FUNDS | A | Dividend | K | T | Buy | 07/23/09 | K | | |
| 40. -VIRTUS MILTI-SECTOR S/T BD A MUTUAL FUNDS | A | Dividend | K | T | Buy | 07/23/09 | K | | |
| 41. MORGAN STANLEY SMITH BARNEY BROKERAGE ACCOUNT | | | | | | | | | |
| 42. -MORGAN STANLEY BANK N.A. | A | Interest | M | T | Open | 07/17/09 | O | | |
| 43. -NEW YORK N Y CITY TRANS FIN AUTH BLDG AID REV MUNI BONDS | A | Interest | K | T | Buy | 07/30/09 | K | | |
| 44. -ALBANY N Y INDL DEV AGY CIVIC FAC REV MUNI BOND | A | Interest | K | T | Buy | 08/19/09 | K | | |
| 45. -NEVADA ST MUNI BD BK MUNI BOND | A | Interest | K | T | Buy | 07/30/09 | K | | |
| 46. -CALIFORNIA ST GENL OBLIG MUNI BONDS | A | Interest | K | T | Buy | 07/30/09 | K | | |
| 47. -NEW YORK N T GENL OBLIG SER-O MUNI BONDS | A | Interest | L | T | Buy | 08/19/09 | L | | |
| 48. -NEW YORK ST URBAN DEV CORP EMP IRE ST DEV CORP SVC MUNIS | A | Interest | L | T | Buy | 08/03/09 | L | | |
| 49. -NEW YORK N Y GENL OBLIG SER D MUNI BONDS | A | Interest | L | T | Buy | 08/06/09 | L | | |
| 50. -LONG ISLAND PWR AUTH N Y ELEC SYS REV-A MUNI BONDS | A | Interest | K | T | Buy | 08/20/09 | K | | |
| 51. -ALBANY N Y INDL DEV AGY CIVIC FAC REV MUNI BONDS | A | Interest | K | T | Buy | 08/19/09 | K | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | P =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -AMERICAN EXPRESS CREDIT CO CORPORATE BONDS | A | Interest | K | T | Buy | 08/20/09 | K | | |
| 53. -GOLDMAN SACHS GROUP INC CORPORATE BONDS | A | Interest | K | T | Buy | 08/20/09 | K | | |
| 54. -MORGAN STANLEY CORPORATE BONDS | A | Interest | K | T | Buy | 08/20/09 | K | | |
| 55. -WACHOVIA CORP CORPORATE BONDS | A | Interest | K | T | Buy | 08/20/09 | K | | |
| 56. -CALVERT SHORT DURATION INC C MUTUAL FUNDS | A | Dividend | K | T | Buy | 07/23/09 | K | | |
| 57. -DRYDEN SH TRM CORP BD C MUTUAL FUNDS | A | Dividend | K | T | Buy | 07/23/09 | K | | |
| 58. -VIRTUS MULTI-SECTOR S/T BD T MUTUAL FUNDS | A | Dividend | K | T | Buy | 07/23/09 | K | | |
| 59. -WELLFS FARGO SHT TRM MUNI BD C MUTUAL FUNDS | A | Dividend | L | T | Buy | 07/30/09 | L | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1)PART VII, PAGE 4, LINE #2: THIS ACCOUNT WAS CLOSED ON JANUARY 30, 2009.

2)PART VII, PAGE 4, LINE #5: THIS ACCOUNT WAS CLOSED ON MAY 18, 2009.

3)PART VII, PAGE 5, LINES#27,#28,#29: THESE ACCOUNTS WERE SOLD ON JULY 17, 2009 AND THE PROCEEDS WERE USED TO OPEN AN ACCOUNT AT MORGANSTANLEY SMITHBARNEY ON JULY 17,2009.

4)PART VII, PAGE 5, LINES#3, #32: THIS ACCOUNT WAS CLOSED AND ALL FUNDS WERE MERGED TO OPEN A MORGANSTANLEY SMITHBARNEY IRA ROLLOVER ACCOUNT ON LINE #33.

5)PART VII, PAGE 6, LINE #58: THIS ACCOUNT WAS OPENED ON JULY 17, 2009 FROM THE PROCEEDS OF THE VANGUARD ACCOUNTS FROM LINE #27, LINE #28 AND LINE #29.

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544